PER CURIAM.
 

 The petition for belated appeal is granted. A copy of this opinion will be filed with the lower court and be treated as the notice of appeal from the order denying the motion for post-conviction relief in Case Nos. 48-2004-CF-013248-O/B, 48-2004-CF-013261-O/A, 48-2004-CF-013344, 48-2004-CF-013999-O/A, 48-2004-CF-013522-O/B, 48-2004-CF-015152-O/A, 48-2004-CF-010553-O/A in the Circuit Court in and for Orange County.
 
 See
 
 Fla. RApp. P. 9.141(c)(5)(D).
 

 PETITION GRANTED.
 

 SAWAYA, PALMER and EVANDER, JJ., concur.